UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144-CRB |
| | **This Document Relates To:** Case No. 10-cv-2354 |
| JOZSEFNE GALLASZ, individually and as successor-in-interest and Personal Representative of the Estate of Jozsef Gallasz, deceased; ATTILA GALLASZ, individually as an heir to Jozsef Gallaz, deceased, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| AIRBUS S.A.S.; AIRBUS AMERICAS SALES, INC.; HONEYWELL INTERNATIONAL, INC.; THALES AVIONICS S.A.; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CORPORATION; ROCKWELL COLLINS, INC.; HAMILTON SUNDSTRAND CORPORATION; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; ROSEMOUNT AEROSPACE INC.; GOODRICH CORP.; E.I. DU PONT DE NEMOURS AND CO.; and TYCO ELECTRONICS CORPORATION (AKA RAYCHEM CO.), | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party.

Dated: ~~December xx, 2011~~ January 24, 2012

| ENGSTROM, LIPSCOMB & LACK | GIRARDI KEESE |
|---|---|
| By: _/s/_ <br> Walter Lack <br> Mark E. Millard <br> 10100 Santa Monica Boulevard <br> Suite 1200 <br> Los Angeles, CA 90067-4113 <br> Telephone: (310) 552-3800 <br> Facsimile: (310) 552-9434 <br> wlack@elllaw.com <br> mmillard@elllaw.com <br> *Attorneys for Plaintiffs* | By: /s/ Mark E. Millard <br> Thomas V. Girardi <br> David R. Lira <br> Keith D. Griffin <br> 1126 Wilshire Boulevard <br> Los Angeles, CA 90017 <br> Telephone: (213) 977-0211 <br> Facsimile: (213) 481-1554 <br> tgirardi@girardikeese.com <br> kgriffin@girardikeese.com <br> *Attorneys for Plaintiffs* |
| HOGAN LOVELLS US LLP <br><br> By: /s/ Mark E. Millard <br> Thad T. Dameris <br> 700 Louisiana Street, Suite 4300 <br> Houston, TX 77002 <br> Telephone: (713) 632-1400 <br> Facsimile: (713) 583-6297 <br> Thad.dameris@hoganlovells.com <br><br> Norman J. Blears <br> 525 University Avenue, 4th Floor <br> Palo Alto, CA 94301 <br> Tel.: 650-463-4000 <br> norman.blears@hoganlovells.com <br><br> *Attorneys for Airbus S.A.S. and Airbus Americas Sales, Inc.* | KAPLAN, MASSAMILLO & ANDREWS, LLC <br><br> By: /s/ Mark E. Millard <br> Eugene Massamillo <br> 70 E. 55th Street, 25th Floor <br> New York, NY 10022 <br> Telephone: (212) 922-0450 <br> Facsimile: (212) 922-0530 <br> emassamillo@kmalawfirm.com <br><br> Richard A. Walker <br> 200 W. Madison Street, 16th Floor <br> Chicago, IL 60606 <br> Telephone: (312-345-3000 <br> Facsimile: (312)-345-3119 <br> Email: rwalker@kmalawfirm.com <br><br> *Attorneys for Thales Avionics, S.A. and Thales U.S.A., Inc.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By:_____<br>    Lisa J. Savitt<br>    1001 Pennsylvania Avenue, N.W.<br>    Washington, DC 20004<br>    Telephone: (202) 624-2500<br>    Facsimile: (202) 628-5116<br>    lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____<br>    William V. O'Connor<br>    12531 High Bluff Drive Suite 100<br>    San Diego, CA 92130<br>    Telephone: (858) 720-5100<br>    Facsimile: (858) 720-5125<br>    woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:_____<br>    Jonathan M. Stern<br>    750 Ninth Street, N.W. Suite 550<br>    Washington, DC 20001<br>    Telephone: (202) 419-4202<br>    Facsimile: (202) 419-4252<br>    jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: /s/ Patrick E. Bradley<br>    Patrick E. Bradley<br>    136 Main Street, Suite 250<br>    Princeton Forrestal Village<br>    Princeton, NJ 08450<br>    Telephone: (609) 987-0050<br>    Facsimile: (609) 951-0824<br>    pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____<br>    Sheila A. Sundvall<br>    191 North Wacker Drive, 30th Floor<br>    Chicago, IL 60606<br>    Telephone: (312) 499-6000<br>    Facsimile: (312) 499-6100<br>    sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:_____<br>    Raymond G. Mullady, Jr.<br>    Watergate 600 New Hampshire Ave., NW<br>    Washington, DC 20037<br>    Telephone: (202) 772-5828<br>    Facsimile: (202) 572-8414<br>    mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc. and Goodrich Corp.* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2144-CRB
Case No. 10-cv-2354

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By: /s/ Mark E. Millard<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: /s/ Mark E. Millard<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com<br><br>*Attorneys for Honeywell International In[c.]* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: [signature] 1/19/2012<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:_____<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: /s/ Mark E. Millard<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:_____<br>Raymond G. Mullady, Jr.<br>Watergate 600 New Hampshire Av[e.]<br>Washington, DC 20037<br>Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414<br>mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc.; Goodrich Corp.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By:_____<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: /s/ Jonathan M. Stern  1/19/2012<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:_____<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By: /s/ Raymond G. Mullady, Jr.  1/19/12<br>Raymond G. Mullady, Jr.<br>Watergate 600 New Hampshire Ave., NW<br>Washington, DC 20037<br>Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414<br>mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc. and Goodrich Corp.* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2144-CRB
Case No. 10-cv-2354

| | |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/ Mark E. Millard<br>James W. Hunt<br>Mark R. Irvine<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>James.hunt@fitzhunt.com<br>Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/ Mark E. Millard<br>Alan H. Collier<br>Aghavni V. Kasparian<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>alan.collier@fitzhunt.com<br>aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |
| PERKINS COIE LLP<br><br>By: /s/ Mark E. Millard<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* | |

**IT IS SO ORDERED.**

Dated: Feb. 17, 2012

_____
Hon. Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2144-CRB
Case No. 10-cv-2354