UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009 | MDL Docket No. 10-2144-CRB |
| JOZSEFNE GALLASZ, individually and as successor-in-interest and Personal Representative of the Estate of Jozsef Gallasz, deceased; ATTILA GALLASZ, individually as an heir to Jozsef Gallaz, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRBUS S.A.S.; AIRBUS AMERICAS SALES, INC.; HONEYWELL INTERNATIONAL, INC.; THALES AVIONICS S.A.; THALES U.S.A., INC.; MOTOROLA, INC.; INTEL CORPORATION; ROCKWELL COLLINS, INC.; HAMILTON SUNDSTRAND CORPORATION; GENERAL ELECTRIC CO.; GE AVIATION SYSTEMS, LLC; ROSEMOUNT AEROSPACE INC.; GOODRICH CORP.; E.I. DU PONT DE NEMOURS AND CO.; and TYCO ELECTRONICS CORPORATION (AKA RAYCHEM CO.),<br><br>Defendants. | This Document Relates To:<br>Case No. 10-cv-2354<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties hereto that the plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice and without interest or costs to any party.

Dated: ~~December xx, 2011~~ January 24, 2012

| ENGSTROM, LIPSCOMB & LACK | GIRARDI KEESE |
|---|---|
| By: _____<br>Walter Lack<br>Mark E. Millard<br>10100 Santa Monica Boulevard<br>Suite 1200<br>Los Angeles, CA 90067-4113<br>Telephone: (310) 552-3800<br>Facsimile: (310) 552-9434<br>wlack@elllaw.com<br>mmillard@elllaw.com<br>*Attorneys for Plaintiffs* | By: /s/ Mark E. Millard<br>Thomas V. Girardi<br>David R. Lira<br>Keith D. Griffin<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1554<br>tgirardi@girardikeese.com<br>kgriffin@girardikeese.com<br>*Attorneys for Plaintiffs* |
| HOGAN LOVELLS US LLP<br><br>By: /s/ Mark E. Millard<br>Thad T. Dameris<br>700 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 632-1400<br>Facsimile: (713) 583-6297<br>Thad.dameris@hoganlovells.com<br><br>Norman J. Blears<br>525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Tel.: 650-463-4000<br>norman.blears@hoganlovells.com<br><br>*Attorneys for Airbus S.A.S. and Airbus Americas Sales, Inc.* | KAPLAN, MASSAMILLO & ANDREWS, LLC<br><br>By: /s/ Mark E. Millard<br>Eugene Massamillo<br>70 E. 55th Street, 25th Floor<br>New York, NY 10022<br>Telephone: (212) 922-0450<br>Facsimile: (212) 922-0530<br>emassamillo@kmalawfirm.com<br><br>Richard A. Walker<br>200 W. Madison Street, 16th Floor<br>Chicago, IL 60606<br>Telephone: (312) 345-3000<br>Facsimile: (312)-345-3119<br>Email: rwalker@kmalawfirm.com<br><br>*Attorneys for Thales Avionics, S.A. and Thales U.S.A., Inc.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By:_____<br>  Lisa J. Savitt<br>  1001 Pennsylvania Avenue, N.W.<br>  Washington, DC 20004<br>  Telephone: (202) 624-2500<br>  Facsimile: (202) 628-5116<br>  lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____<br>  William V. O'Connor<br>  12531 High Bluff Drive Suite 100<br>  San Diego, CA 92130<br>  Telephone: (858) 720-5100<br>  Facsimile: (858) 720-5125<br>  woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By:_____<br>  Jonathan M. Stern<br>  750 Ninth Street, N.W. Suite 550<br>  Washington, DC 20001<br>  Telephone: (202) 419-4202<br>  Facsimile: (202) 419-4252<br>  jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By: /s/ Patrick E. Bradley (for)<br>  Patrick E. Bradley<br>  136 Main Street, Suite 250<br>  Princeton Forrestal Village<br>  Princeton, NJ 08450<br>  Telephone: (609) 987-0050<br>  Facsimile: (609) 951-0824<br>  pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____<br>  Sheila A. Sundvall<br>  191 North Wacker Drive, 30th Floor<br>  Chicago, IL 60606<br>  Telephone: (312) 499-6000<br>  Facsimile: (312) 499-6100<br>  sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:_____<br>  Raymond G. Mullady, Jr.<br>  Watergate 600 New Hampshire Ave., NW<br>  Washington, DC 20037<br>  Telephone: (202) 772-5828<br>  Facsimile: (202) 572-8414<br>  mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc. and Goodrich Corp.* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2144-CRB
Case No. 10-cv-2354

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By: /s/ Mark E. Millard<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By: /s/ Mark E. Millard<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com<br><br>*Attorneys for Honeywell International In* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: [signature] 1/19/2012<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By: /s/ Mark E. Millard<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By:<br>Raymond G. Mullady, Jr.<br>Watergate 600 New Hampshire Av<br>Washington, DC 20037<br>Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414<br>mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc. Goodrich Corp.* |

| | |
|---|---|
| CROWELL & MORING LLP<br><br>By:_____<br>Lisa J. Savitt<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>lsavitt@crowell.com<br><br>*Attorneys for E.I. du Pont de Nemours & Co.* | MORRISON & FOERSTER LLP<br><br>By:_____<br>William V. O'Connor<br>12531 High Bluff Drive Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br>woconnor@mofo.com<br><br>*Attorneys for Honeywell International Inc.* |
| SCHNADER HARRISON SEGAL & LEWIS LLP<br><br>By: /s/ Jonathan M. Stern  1/19/2012<br>Jonathan M. Stern<br>750 Ninth Street, N.W. Suite 550<br>Washington, DC 20001<br>Telephone: (202) 419-4202<br>Facsimile: (202) 419-4252<br>jstern@schnader.com<br><br>*Attorneys for Motorola, Inc.* | REED SMITH LLP<br><br>By:_____<br>Patrick E. Bradley<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08450<br>Telephone: (609) 987-0050<br>Facsimile: (609) 951-0824<br>pbradley@reedsmith.com<br><br>*Attorneys for Rockwell Collins, Inc.* |
| PAUL HASTINGS JANOFSKY & WALKER LLP<br><br>By:_____<br>Sheila A. Sundvall<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>sheilasundvall@paulhastings.com<br><br>*Attorneys for GE Aviation Systems, LLC and General Electric Co.* | BLANK ROME LLP<br><br>By: /s/ Raymond G. Mullady, Jr.  1/19/12<br>Raymond G. Mullady, Jr.<br>Watergate 600 New Hampshire Ave., NW<br>Washington, DC 20037<br>Telephone: (202) 772-5828<br>Facsimile: (202) 572-8414<br>mullady@blankrome.com<br><br>*Attorneys for Rosemount Aerospace Inc. and Goodrich Corp.* |

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE

MDL Docket No. 10-2144-CRB
Case No.10-cv-2354

| | |
|---|---|
| FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/ Mark E. Millard<br>James W. Hunt<br>Mark R. Irvine<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>James.hunt@fitzhunt.com<br>Mark.irvine@fitzhunt.com<br><br>*Attorneys for Tyco Electronics Corporation* | FITZPATRICK & HUNT, TUCKER, COLLOER, PAGANO, AUBERT, LLP<br><br>By: /s/ Mark E. Millard<br>Alan H. Collier<br>Aghavni V. Kasparian<br>633 West Fifth Street, 60th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 873-2100<br>Facsimile: (213) 873-2125<br>alan.collier@fitzhunt.com<br>aghavnu.kasparian@fitzhunt.com<br><br>*Attorneys for Hamilton Sundstrand Corporation* |
| PERKINS COIE LLP<br><br>By: /s/ Mark E. Millard<br>John Dillow<br>V.L. Woolston<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98191<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>JDillow@perkinscoie.com<br>VWoolston@perkinscoie.com<br><br>*Attorneys for Intel Corporation* | |

**IT IS SO ORDERED.**

Dated: Feb. 17, 2012

/s/
Hon. Charles R. Breyer

## CERTIFICATE OF SERVICE

### MDL Docket No. 10-2144-CRB

*Gallasz, et al. v. Airbus Societe Air France, et al.*
Case No. 10-cv-2354

I hereby certify that on January 26, 2012, the **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** was filed electronically using the USDC, Northern District's EM/ECF Courtlink to Electronic Filing and served on all counsel listed on the Certificate of Service Mailing List, first class mail.

/s/ Sonia Edwards
By: _____
SONIA EDWARDS